# United States District Court
## For The Western District of North Carolina
## Statesville Division

EMILY M ARMSTRONG, A MINOR,
BY AND THROUGH HER GUARDIAN
AD LITEM, WILLIAM W. PLYLER,
WILLIAM E. ARMSTRONG, AND
SANDRA ARMSTRONG,

       Plaintiff(s),

vs.

LANIER M. CANSLER, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF THE
NORTH CAROLINA DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

       Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV37

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 28, 2010. Order.

Signed: June 28, 2010

Frank G. Johns, Clerk
United States District Court