IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:07-CV-37-RLV

| | |
|---|---|
| EMILY M. ARMSTRONG, a minor, )<br>by and through her Guardian ad litem, )<br>WILLIAM W. PLYLER,[1] WILLIAM E. )<br>ARMSTRONG, AND SANDRA )<br>ARMSTRONG, )<br>    Plaintiffs / Counter-Defendants, )<br>)<br>vs. )<br>)<br>LANIER M. CANSLER, in his )<br>official capacity as secretary of the )<br>North Carolina Department of Health )<br>and Human Services,[2] )<br>Defendant / Counter-Plaintiff. )<br>_____) | **SCHEDULING ORDER** |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed , March 22, 2012,[1] remanding this case for further proceedings.

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for an Evidentiary Hearing on **Monday, June 4, 2012, at 2 PM, in the United States Courthouse**, **200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina**;

Signed: April 18, 2012

Richard L. Voorhees
United States District Judge

---

[1] The mandate issued April 13, 2012.