**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CASE NO. 5:07-CV-37-RLV-DCK**

| | | |
|---|---|---|
| **EMILY M. ARMSTRONG, a minor,** | ) | |
| **By and Through Her Guardian Ad Litem,** | ) | |
| **STEPHANIE J. GIBBS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LANIER M. CANSLER, in his** | ) | |
| **official capacity as Secretary of the** | ) | |
| **North Carolina Department of Health** | ) | |
| **and Human Services,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Notice Of Substitution Of Defendant" (Document No. 46) filed by counsel for the North Carolina Department Of Justice on May 25, 2012. This "Notice" has been construed by the Court as a motion to substitute a party. The motion has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having fully considered the record, and applicable authority, the undersigned will **grant** the motion.

**IT IS, THEREFORE, ORDERED** that the "Notice Of Substitution Of Defendant" (Document No. 46) is **GRANTED**. The Clerk is directed to make the appropriate change to the caption of the case.

Signed: May 29, 2012

David C. Keesler
United States Magistrate Judge